UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRASNIQI BEQIR,<br><br>    Petitioner,<br><br>    v.<br><br>A. NEIL CLARK, *et al.*,<br><br>    Respondents. | Case No. C05-1587-RSM-JPD<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

The Court, having considered petitioner's motion for appointment of counsel, and the balance of the record, does hereby find and ORDER as follows:

(1) Petitioner's motion for appointment of counsel (Dkt. #5) is DENIED. There is no right to have counsel appointed in a *habeas* proceeding unless an evidentiary hearing is required. *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992). The Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A.

Petitioner fails to demonstrate that the interests of justice are best served by appointment of counsel in this matter. Moreover, this Court has concluded that no evidentiary hearing is required in order to resolve petitioner's claims.

/ / /

/ / /

(2) The Clerk shall direct copies of this Order to petitioner, to counsel for respondents, and to the Honorable Ricardo S. Martinez.

DATED this  19th  day of October, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2